1  SID M. ROSENBERG, ESQ., SBN 129158
2  MICHAEL L. SHOFF, ESQ., SBN 290419
   LAW OFFICES OF SID M. ROSENBERG, INC.
3  725 30TH STREET, SUITE 107
   SACRAMENTO, CA  95816
4  Telephone:    (916) 447-8101
   Facsimile:    (916) 447-4750
5
6  ATTORNEY FOR DEFENDANT,
   MENDOZA BUILDING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| RAYMON SELLERS, | |
|---|---|
| Plaintiff, | CASE NO. 2:25-CV-00088-CKD |
| vs. | |
| BLUE LIFE ENTERPRISES, LLC, dba BLUE CUE; MENDOZA BUILDING LLC; | STIPULATION AND ORDER TO SET ASIDE DEFAULT |
| Defendants. | |

**STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED** between Plaintiff, RAYMON SELLERS, represented by Tanya E. Moore, Esq., and Defendant, MENDOZA BUILDING, LLC, represented by Sid M. Rosenberg, Esq., that the Clerk's Certificate of Entry of Default entered on April 4, 2025, be set aside and defendant, MENDOZA BUILDING, LLC, be allowed to file its responsive pleading. The parties have agreed that 14 days is a reasonable and sufficient time within which to file a responsive pleading on behalf of MENDOZA BUILDING, LLC.

DATED: April 8, 2025				**MOORE LAW FIRM, PC**

_____/s/ Tanya E. Moore_____

TANYA E. MOORE, ESQ.

DATED: April 8, 2025				**LAW OFFICES OF SID M. ROSENBERG, INC.**
						**A Professional Law Corporation**

_____/s/ Sid M. Rosenberg_____

SID M. ROSENBERG, ESQ.
MICHAEL L. SHOFF, ESQ.
Attorney for Defendant,
MENDOZA BUILDING, LLC

## **ORDER**

**GOOD CAUSE APPEARING,** the default entered against defendant, MENDOZA BUILDING, LLC, is set aside. Defendant has fourteen (14) days to file and serve its Answer.

Dated: April 11, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, sell.0088.25