SID M. ROSENBERG, ESQ., SBN 129158
MICHAEL L. SHOFF, ESQ., SBN 290419
LAW OFFICES OF SID M. ROSENBERG, INC.
725 30TH STREET, SUITE 107
SACRAMENTO, CA 95816
Telephone:   (916) 447-8101
Facsimile:   (916) 447-4750

ATTORNEY FOR DEFENDANT,
BLUE LIFE ENTERPRISES, LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMON SELLERS,<br><br>        Plaintiff,<br><br>   vs.<br><br>BLUE LIFE ENTERPRISES, LLC, dba BLUE CUE; BLUE LIFE ENTERPRISES LLC;<br><br>        Defendants. | CASE NO. 2:25-CV-00088-CKD<br><br>STIPULATION AND ORDER TO SET ASIDE DEFAULT |

## **STIPULATION AND ORDER**

**IT IS HEREBY STIPULATED** between Plaintiff, RAYMON SELLERS, represented by Tanya E. Moore, Esq., and Defendant, BLUE LIFE ENTERPRISES, LLC, represented by Sid M. Rosenberg, Esq., that the Clerk's Certificate of Entry of Default entered on April 4, 2025, be set aside and defendant, BLUE LIFE ENTERPRISES, LLC, be allowed to file its responsive pleading. The parties have agreed that 14 days is a reasonable and sufficient time within which to file a responsive pleading on behalf of BLUE LIFE ENTERPRISES, LLC.

DATED: May 15, 2025                     **MOORE LAW FIRM, PC**


  _____/s/ Tanya E. Moore_____

TANYA E. MOORE, ESQ.


DATED: May 15, 2025                     **LAW OFFICES OF SID M. ROSENBERG, INC.**
                                        **A Professional Law Corporation**


  _____/s/ Sid M. Rosenberg_____

SID M. ROSENBERG, ESQ.
MICHAEL L. SHOFF, ESQ.
Attorney for Defendant,
BLUE LIFE ENTERPRISES, LLC


## ORDER

**GOOD CAUSE APPEARING,** the default entered against defendant, BLUE LIFE ENTERPRISES, LLC, is set aside. Defendant has fourteen (14) days to file and serve its Answer.

Dated:  May 21, 2025

  _____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

5, sell.0088.25